**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

**BENJAMIN SEAN MUCKENSTURM** **PETITIONER**

**v.** **No. 1:26-cv-38-MPM-RP**

**CORINTH CITY POLICE DEPARTMENT, et al.** **RESPONDENTS**

**ORDER OF DISMISSAL**

The court takes up, *sua sponte*, the dismissal of this cause. On March 31, 2026, the court entered an order requiring the plaintiff to either pay the filing fee in this case or submit a completed application to proceed *in forma pauperis* with a certification of his inmate account. Doc. [3]. The court cautioned the plaintiff that failure to comply with the order could result in the dismissal of this case without prejudice. Despite this warning, the plaintiff has failed to comply with the court's order, and the deadline for compliance has passed.[1] This case is therefore **DISMISSED** without prejudice for failure to prosecute and for failure to comply with an order of the court under Fed. R. Civ. P. 41(b).

**SO ORDERED**, this, the 27th day of August, 2026.

/s/Michael P. Mills
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI

---

[1] Instead, on April 13, 2026, Petitioner filed an amended motion to proceed *in forma pauperis* without the required certification. Doc. [5]. Attached to this motion was a letter, written by another inmate, Thelmon Smith, indicating that staff at Alcorn County Correctional Center had confiscated the certification page and, as a result, he had advised "these two petitioner[s]" to submit a money order for the filing fee. Doc. [5-1]. The Court has received no further communication from Petitioner Muckensturm nor has it received payment for the filing fee.